IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

RECEIVED
APR - 9 2009
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN

Kathleen Ann Martin
_____
_____
name of plaintiff(s)

v.

Direct Insurance
_____
_____
name of defendant(s)

Case No. 3 09MC 0066
(to be assigned by clerk)

JUDGE HAYNES

COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

   To provide more time to complete treatment, and settlement.

2. Plaintiff, Kathleen Ann Martin resides at
   4766 Old Salem Rd., Rockvale,
   street address           city
   Rutherford, Tn, 37153, (615) 890-8681.
   county   state  zip code   telephone number

   (if more than one plaintiff, provide the same information for each plaintiff below)

2

3. Defendant, <u>Direct Insurance</u> lives at, or its business is located at <u>2813 Business Park Drive</u>,
street address

<u>Shelby</u>, <u>Memphis</u>, <u>Tn</u>,
city         county        state

<u>38118</u>.    1-800-456-1586
zip code

(if more than one defendant, provide the same information for each defendant below)

4. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

I was in a three car accident on 4-11-08 I lost my job because of my injuries. I am selfemployed and without insurance and unable to pay for my medical. Direct insurance informed me that I must first pay for my medical treatments. Then they will settle with me at the end of the allotted time (1year).

3

5. Prayers for Relief (list what you want the Court to do):

   a. _Extend time period._

   b. _Complete medical treatment, with extended time._

   c. _Payment of my medical expenses_

   d. _Monetary consideration for my pain and suffering._

I (We) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this _9th_ day of _April_, _2009_.

_Kathleen Ann Martin_
(signature of plaintiff(s))